# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 19-09488 |
| Terrie Lasticly | Chapter 13 |
| Debtor | Hon. Judge Timothy A. Barnes |

## NOTICE OF MODIFICATION OF AUTOMATIC STAY

**VIA ELECTRONIC NOTICE:**

    David H. Cutler
    Cutler & Associates, Ltd.
    4131 Main St.
    Skokie, IL 60076

    Marilyn O Marshall
    224 South Michigan, Suite 800
    Chicago, IL 60604

**VIA U.S. MAIL:**

    Terrie Lasticly
    22597 Crescent Way
    Richton Park, IL 60471

PLEASE TAKE NOTICE that the Debtor has failed to comply with the provisions set forth in the Order of this Honorable Court dated May 7, 2020, and hereto attached. In accordance with said Order, U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust mailed notification of non-compliance to all required parties on July 29, 2020. The Debtor did not cure the default within the time specified in said Notice.

THEREFORE, the automatic stay has been modified and Bankruptcy Rule 4001(a)(3) waived, as to U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust, its successors

and/or assigns, as to a certain mortgage upon real estate, with a common address of 22597 CRESCENT WAY, RICHTON PARK, IL 60471-1890.

Dated: August 14, 2020                              Respectfully Submitted,

                                                                         Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Notice upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on August 14, 2020, before the hour of 5:00 p.m.

                                                                          Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Attorney for Movant